opinion filed March 29, 1948; released for publication April 9, 1948. Guilford R. Windes, for appellant; Burton Hugh Young, of counsel; Don M. Peebles, for certain appellee; Nelson, Boodell & Grant, Raymond I. Suekoff, Hobart M. Sidler, J. Leonard Rockey and Bobb, Spoerri, Bourland & Harris, for certain other. appellees; Raymond I. Suekoff, Peter B. Nelson, Hobart M. Sidler, J. Leonard Rockey and Herman C. Nagel, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full.

## Ivan Harris, Appellant, v. Norwalk Trucking Company, Appellee.

### Gen. No. 44,280.

opinion filed March 29,.1948; rehearing denied April 9, 1948; released for publication April 9, 1948. Ellis & Westbrooks, for appellant; Richard E. Westbrooks, of counsel; Kirkland, Fleming, Green, Martin & Ellis, for appellee; William H. Symmes, David Jacker and Charles M. Rush, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full.